UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Alice Meadows, | : |
| | : Civil Action No.: 09-cv-00529-RJA |
| Plaintiff, | : |
| v. | : |
| Check Resolution Service Inc., | : |
| Defendant. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)**

Plaintiff, Alice Meadows, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a).

Dated: November 2, 2009

Respectfully submitted,

By: __/s/ Sergei Lemberg_____
Sergei Lemberg (Juris No. 425027)
Lemberg & Associates, L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (877) 795-3666